**THIRD DIVISION
DOYLE, P. J.,
GOBEIL and PADGETT, JJ.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules**

**April 24, 2025**

# In the Court of Appeals of Georgia

A23A0160. JUSTICE v. GEORGIA DEPARTMENT OF PUBLIC SAFETY.

DOYLE, Presiding Judge.

In *Department of Public Safety v. Justice*,[1] the Supreme Court of Georgia affirmed in part and vacated in part this Court's decision in *Justice v. Department of Public Safety*.[2] Accordingly, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own. Thus, we reverse the trial court's judgment dismissing the Justice's claim for breach of contract on the basis of sovereign immunity, and we

---

[1] 320 Ga. 149 (907 SE2d 817) (2024).

[2] 368 Ga. App. 593 (890 SE2d 486) (2023).

remand the case to the trial court for further proceedings.[3]

*Judgment reversed and case remanded. Gobeil and Padgett, JJ., concur.*

---

[3] See *Justice*, 320 Ga. at 156 (3) ("On remand, . . . the trial court will be authorized to address the merits of the case in response to the pleadings and motions other than the motion to dismiss on the ground of sovereign immunity. Those merits issues may include, but are not limited to, whether the [Fair Labor Standards Act] obligations became part of [Richard Andrew] Justice's written employment contract and whether [the Department of Public Safety] breached contractual terms that Justice alleges are part of the written contract.").